**Order filed December 21, 2011**



In The

# Fourteenth Court of Appeals

_____

NO. 14-10-00713-CR
_____

**THEODORE CHARLES SCHMIDT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1204964**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **States Exhibits' 75 (videotape), 78-B (video disk), 80 (disk/video), and 80A (thumb drive with video).**

The clerk of the 182nd District Court is directed to deliver to the Clerk of this court the original of States Exhibits' 75 (videotape), 78-B (video disk), 80 (disk/video), and 80A (thumb drive with video), on or before **January 6, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of States Exhibits' 75 (videotape), 78-B (video disk), 80 (disk/video), and 80A (thumb drive with video), to the clerk of the 182nd District Court.

PER CURIAM